# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

DARWIN CASTILLO,

                              Petitioner,

    v.

TODD BLANCHE, *et al.*,

                              Respondents.

Case No. 26-cv-03006-BAS-AHG

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)**

Petitioner Darwin Castillo filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  (ECF No. 1.)  Petitioner also filed a Motion to Appoint Counsel and a Motion for a Temporary Restraining Order.  (ECF Nos. 2–3.)  Upon review, the Court notes that Petitioner filed a prior Section 2241 Petition in Case No. 26-cv-02516-BAS-AHG.  In that case, the Court denied the Petition because (1) Petitioner is subject to mandatory detention under 8 U.S.C. § 1226(c), and (2) he failed to show that his detention has been unconstitutionally prolonged or indefinite.  (No. 26-cv-02516, at ECF No. 7.)

Shortly thereafter, Petitioner filed this case, again seeking to challenge his immigration custody.  (ECF No. 1.)  A habeas petition is subject to summary dismissal

- 1 -

26cv3006

when it is repetitive or duplicative.  *See, e.g.*, *Salas v. Att'y Gen.*, No. 2:23-cv-01118-TL-TLF, 2023 WL 5826738, at *2 (W.D. Wash. Aug. 21, 2023).  The Petition here provides no new information or grounds for relief that were not raised in the prior Petition. Therefore, the Court **DISMISSES WITHOUT PREJUDICE** the Petition. (ECF No. 1.) The Court also **TERMINATES AS MOOT** the Motion to Appoint Counsel and the Motion for a Temporary Restraining Order. (ECF Nos. 2–3.)

The Clerk of Court shall enter a judgment dismissing this action without prejudice and shall close the case file.

**IT IS SO ORDERED.**

**DATED: May 14, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 2 -

26cv3006